UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERICO CIAMEI,<br><br>　　　　Plaintiff,<br><br>　- against -<br><br>ARTEMEST USA, INC.<br><br>　　　　Defendant. | Case No. 20-cv-3820 |

## ORDER

Because the parties have reached a settlement in principle, the Court hereby administratively dismissed the above-captioned case with the right to reopen the case within 30 days if the parties have not submitted a notice of voluntary dismissal.

SO ORDERED:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　Dated: June 29, 2020